# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAG INSTRUMENT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 05-40012-FDS |
| THE GILLETTE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER ON MOTION TO QUASH SUBPOENA
## OR FOR LIMITING ORDER

**SAYLOR, J.**

All Star Incentive Marketing, Inc., has moved, pursuant to Fed. R. Civ. P. 45(c), to quash or limit a subpoena duces tecum issued by MAG Instrument, Inc., plaintiff in the underlying litigation pending in the Central District of California. The subpoena calls for All Star to produce 92 categories of documents, many of which appear on their face to be overbroad in both scope and time (e.g., "All documents that refer or relate to Gillette," "All documents that refer or relate to a flashlight"). MAG Instrument has filed no opposition to the motion, much less attempted to defend the breadth of the subpoena.

Accordingly, pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv), the motion is GRANTED, and the subpoena is hereby quashed.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 18, 2005